# EXHIBIT 1
# LEGAL DESCRIPTION

Exhibit 1

9271

All that certain real property situated in the County of San Diego, State of California, described as follows:

Parcel 1:

Those portions of Lot(s) 5 and 6 of County of San Diego Tract No. 4469, in the County of San Diego, State of California, according to the map thereof No. 12482, filed in the Office of the County Recorder of

San Diego County on October 26, 1989, being described as Parcel "E" in Certificate of Compliance recorded March 21, 1997 as Instrument No. 1997-0127441, Official Records of said San Diego County and being more particularly described as follows:

Beginning at the most Southerly corner of said Lot 5, from which point the centerline of Colina Fuerte (formerly known as Calle Las Dos Herminitas), as delineated on said Map bears South 19°00'00" East; thence North 18°31'36" West, 104.36 feet; thence North 46°12'03" West, 71.12 feet; thence North 72°40'15" West, 76.89 feet; thence North 55°51'04" West, 223.90 feet to the Northwesterly line of said Lot 6; thence along the Northwesterly line of said Lots 6 and 5, North 17°59'17" East (record North 17°59'42" East), 278.37 feet to the most Northerly corner of said Lot 5; thence along the Northeasterly line thereof South 65°00'17" East, 569.92 (record South 65°04'31" East, 670.00 feet) to the most Easterly corner of said Lot 5; thence along the Southeasterly line thereof South 38°57'32" West, 412.43 feet (record South 38°59'53" West, 413.08 feet) to the point of beginning. As described in Parcel "E" of Certificate of Compliance recorded March 21, 1997 as Instrument No. 1997-0127441, Official Records.

Parcel 2:

A non-exclusive easement and right of way for ingress and egress, road and utility purposes, over, under, along and across Colina Fuerte (formerly known as Calle Las Dos Herminitas), as delineated and designated as "Proposed 40' Private Road and Utility Easement on said Map No. 12482, together with those portions of Lots 1, 2 and 3 of said Map No. 12482, described as follows:

Beginning at the Southeasterly corner of said Lot 1, being a point on the Northerly right of way line of El Camino Del Norte, as dedicated on said Map No. 12482, being also a point on the arc of a 630.00 foot radius curve concave Southerly, a radial line through said point bears North 8°05'12" East (record North 8°05'36" East); thence Westerly along the arc of said curve, 83.06 feet through a central angle of 7°33'13" (record 83.14 feet) to the Southwesterly corner of said Lot 1, said point being the beginning of a non-tangent 400.00 foot radius curve concave Westerly, a radial line through said point bears South 89°53'18" East; thence Northerly along the Westerly line of said Lots 1 and 2 and along the arc of said curve, 311.13 feet, through a central angle of 44°33'57"; thence North 41°46'09" East, 20.04 feet to the Northeasterly line of said Colina Fuerte, said point being the true point of beginning, said point also being on the arc of a 420.00 foot radius curve concave Southwesterly, a radial line through said point being North 46°22'02" East; thence Southeasterly along the arc of said curve, 17.97 feet through a central angle of 2°27'04" to a point of cusp with a 20.00 foot radius curve concave Easterly, a radial line through said point bears South 47°49'06" West; thence Northerly along the arc of said curve, 29.32 feet through a central angle of 83°59'03"; thence North 41°46'09" East, 38.50 feet to the beginning of a tangent 380.00 foot radius curve concave Southeasterly; thence along the arc of said curve 172.44 feet through a central angle of 26°00'00"; thence North 67°46'09" East, 56.49 feet to the beginning of a tangent 820.00 foot radius curve concave Southerly; thence along the arc of said curve, 58.57 through a central angle of 4°05'33"; thence radially to said curve, North 18°06'18" West, 40.00 feet to the beginning of a non-tangent 860.00 foot radius curve concave Southeasterly, a radial line through said point bears North 18°06'18" West; thence Southwesterly along the arc of said curve, 40.91 feet through a central angle of 2°43'33" to the beginning of a non-tangent 380.00 foot radius curve concave Northeasterly; a radial line through said point bears South 70°46'57" West; thence Northwesterly along the arc of said curve 37.24 feet through a central angle of 5°36'52"; thence radially to said curve South 76°23'49" West, 40.00 feet to the beginning of a non-tangent 420.00 foot radius curve concave Northeasterly, a radial line through said point bears South 76°23'49" West; thence Southwesterly along the arc of said curve, 42.99 feet through a central angle of 5°51'54"; thence South 67°46'09" West, 36.96 feet to the beginning of a tangent 420.00 foot radius curve concave Southeasterly; thence along the arc of said curve, 190.59 feet through a central

angle of 26°00'00"; thence South 41°46'09" West, 34.45 feet to the beginning of a tangent 20.00 foot radius curve concave Northerly; thence along the arc of said curve, 32.18 feet through a central angle of 92°11'51" to a point of cusp with said Northeasterly line of Colina Fuerte; thence along said line, South 46°00'00" East, 50.79 feet to the beginning of a tangent 420.00 foot radius curve concave Southwesterly; thence along the arc of said curve 10.02 feet through a central angle of 1°22'02" to the true point of beginning.

Except therefrom, that portion thereof lying within the herein above described Parcel 1.

9272

Assessor's Parcel Number:   265-090-31

# EXHIBIT 2
# 2017 QUITCLAIM DEED

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL THIS DEED TO:

ELLEN H. WHELAN, Esq.
DLA PIPER LLP (US)
4365 EXECUTIVE DRIVE, SUITE 1100
SAN DIEGO, CALIFORNIA 92121-2133

## QUITCLAIM DEED

The undersigned grantor declares:     APN: 265-090-31-00

Documentary transfer tax is $ $ -0- (None) (This conveyance transfers an interest into a trust, R&T § 11930)
( ) computed on full value of property conveyed, or  G ST
( ) computed on full value less value of liens and encumbrances remaining at time of sale.
(X) Unincorporated area   ( ) City of _____, and

LESLIE L. BARONE, as Joint Tenant, hereby REMISES, RELEASES, AND QUITCLAIMS to Gerald L. Beckwith, trustee of the Gerald L. Beckwith Trust dated October 5, 1999, all of her right, title, and interest in the following described real property in the County of San Diego, State of California:

That certain real property described on Exhibit "A" attached hereto and incorporated by reference.

(Said property is commonly known as 18395 Colina Fuerte, Rancho Santa Fe, CA 92067.)

Dated: 7-11-17                    _____
                                   LESLIE L. BARONE

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE
Gerald L. Beckwith, PO Box 1969, Rancho Santa Fe, CA 92067

1

WEST\276569593.1
331121-155811

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  }
County of San Diego

On 7-11-17 before me, RON J. SEGAL NOTARY PUBLIC, Notary Public, personally appeared LESLIE L. BARONE, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Ron J. Segal_

```
RON J. SEGAL
Commission # 2098015
Notary Public - California
San Diego County
My Comm. Expires Feb 21, 2019
```

(Seal)

2

WEST\276569593.1
331121-155811

## Exhibit "A"
## Legal Description

All that certain parcel of land situated in County of SAN DIEGO, State of California, being known and designated as follows:

PARCEL 1:

THOSE PORTIONS OF LOTS 5 AND 6 OF COUNTY OF SAN DIEGO TRACT NO. 4469, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 12482, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, OCTOBER 26, 1989, BEING DESCRIBED AS PARCEL "E" IN CERTIFICATE OF COMPLIANCE RECORDED ON MARCH 21, 1997 AS FILE NO. 1997-0127441 OF OFFICIAL RECORDS OF SAID SAN DIEGO COUNTY AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHERLY CORNER OF SAID LOT 5, FROM WHICH POINT THE CENTERLINE OF COLINA FUERTE (FORMERLY KNOWN AS CALLE LAS DOS HERMANITAS) AS DELINEATED ON SAID MAP BEARS SOUTH 19°00'00" EAST; THENCE NORTH 18°31'36" WEST, 104.36 FEET; THENCE NORTH 46°12'03" WEST, 71.12 FEET; THENCE NORTH 72°40'15" WEST, 76.89 FEET; THENCE NORTH 55°51'04" WEST, 223.90 FEET TO THE NORTHWESTERLY LINE OF SAID LOT 6; THENCE ALONG THE NORTHWESTERLY LINE OF SAID LOTS 6 AND 5 NORTH 17°59'17" EAST (RECORD NORTH 17°59'42" EAST), 278.37 FEET TO THE MOST NORTHERLY CORNER OF SAID LOT 5; THENCE ALONG THE NORTHEASTERLY LINE THEREOF SOUTH 65°00'17" EAST, 569.92 (RECORD SOUTH 65°04'31" EAST, 570.00 FEET) TO THE MOST EASTERLY CORNER OF SAID LOT 5; THENCE ALONG THE SOUTHEASTERLY LINE THEREOF SOUTH 38°57'32" WEST, 412.43 FEET (RECORD SOUTH 38°59'53" WEST, 413.08 FEET) TO THE POINT OF BEGINNING, AS DESCRIBED IN PARCEL "E" OF CERTIFICATE OF COMPLIANCE RECORDED MARCH 21, 1997 AS FILE NO.1997-0127441 OF OFFICIAL RECORDS.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT AND RIGHT OF WAY FOR INGRESS AND EGRESS, ROAD AND UTILITY PURPOSES, OVER, UNDER, ALONG AND ACROSS COLINA FUERTE (FORMERLY KNOWN AS CALLE LAS DOS HERMANITAS) AS DELINEATED AND DESIGNATED AS "PROPOSED 40' PRIVATE ROAD AND UTILITY EASEMENT" ON SAID MAP NO. 12482 TOGETHER WITH THOSE PORTIONS OF LOTS 1, 2 AND 3 OF SAID MAP NO. 12482 DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT 1, BEING A POINT ON THE NORTHERLY RIGHT OF WAY LINE OF EL CAMINO DEL NORTE AS DEDICATED ON SAID MAP NO. 12482; BEING ALSO A POINT ON THE ARC OF A 630.00 FOOT RADIUS CURVE CONCAVE SOUTHERLY, A RADIAL LINE THROUGH SAID POINT BEARS NORTH 8°05'12" EAST (RECORD NORTH 8°05'38" EAST), THENCE WESTERLY ALONG THE ARC OF SAID CURVE 83.06 FEET THROUGH A CENTRAL ANGLE OF 7°33'13" (RECORD 83.14 FEET) TO THE SOUTHWESTERLY CORNER OF SAID LOT 1, SAID POINT BEING THE BEGINNING OF A NON-TANGENT 400.00 FOOT RADIUS CURVE CONCAVE WESTERLY, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 89°53'18" EAST; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LOTS 1 AND 2 AND ALONG THE ARC OF SAID CURVE 311.13

3

FEET THROUGH A CENTRAL ANGLE OF 44°33'57"; THENCE NORTH 41°48'09" EAST, 20.04 FEET TO THE NORTHEASTERLY LINE OF SAID COLINA FUERTE, SAID POINT BEING THE TRUE POINT OF BEGINNING, SAID POINT ALSO BEING ON THE ARC OF A 420.00 FOOT RADIUS CURVE CONCAVE SOUTHWESTERLY, A RADIAL LINE THROUGH SAID POINT BEARS NORTH 45°22'02" EAST, THENCE SOUTHEASTERLY ALONG THE ARC OF SAID CURVE 17.97 FEET THROUGH A CENTRAL ANGLE OF 2°27'04" TO A POINT OF CUSP WITH A 20.00 FOOT RADIUS CURVE CONCAVE EASTERLY, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 47°49'06" WEST, THENCE NORTHERLY ALONG THE ARC OF SAID CURVE 29.32 FEET THROUGH A CENTRAL ANGLE OF 83°59'03"; THENCE NORTH 41°46'09" EAST, 38.50 FEET TO THE BEGINNING OF A TANGENT 380.00 FOOT RADIUS CURVE CONCAVE SOUTHEASTERLY; THENCE ALONG THE ARC OF SAID CURVE 172.44 FEET THROUGH A CENTRAL ANGLE OF 26°00'00"; THENCE NORTH 67°48'09" EAST, 56.49 FEET TO THE BEGINNING OF A TANGENT 820.00 FOOT RADIUS CURVE CONCAVE SOUTHERLY; THENCE ALONG THE ARC OF SAID CURVE 58.57 THROUGH A CENTRAL ANGLE OF 4°05'33"; THENCE RADIALLY TO SAID CURVE NORTH 18°06'18" WEST, 40.00 FEET TO THE BEGINNING OF A NON-TANGENT 860.00 FOOT RADIUS CURVE CONCAVE SOUTHEASTERLY, A RADIAL LINE THROUGH SAID POINT BEARS NORTH 18°06'18" WEST, THENCE SOUTHWESTERLY ALONG THE ARC OF SAID CURVE 40.91 FEET THROUGH A CENTRAL ANGLE OF 2°43'33" TO THE BEGINNING OF A NON-TANGENT 380.00 FOOT RADIUS CURVE CONCAVE NORTHEASTERLY, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 70°46'57" WEST, THENCE NORTHWESTERLY ALONG THE ARC OF SAID CURVE 37.24 FEET THROUGH A CENTRAL ANGLE OF 5°36'52"; THENCE RADIALLY TO SAID CURVE SOUTH 76°23'49" WEST, 40.00 FEET TO THE BEGINNING OF A NON-TANGENT 420.00 FOOT RADIUS CURVE CONCAVE NORTHEASTERLY, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 76°23'49" WEST, THENCE SOUTHWESTERLY ALONG THE ARC OF SAID CURVE 42.99 FEET THROUGH A CENTRAL ANGLE OF 5°51'54"; THENCE SOUTH 67°48'09" WEST, 36.96 FEET TO THE BEGINNING OF A TANGENT 420.00 FOOT RADIUS CURVE CONCAVE SOUTHEASTERLY; THENCE ALONG THE ARC OF SAID CURVE 190.59 FEET THROUGH A CENTRAL ANGLE OF 26°00'00"; THENCE SOUTH 41°48'09" WEST, 34.45 FEET TO THE BEGINNING OF A TANGENT 20.00 FOOT RADIUS CURVE CONCAVE NORTHERLY; THENCE ALONG THE ARC OF SAID CURVE 32.18 FEET THROUGH A CENTRAL ANGLE OF 92°11'51" TO A POINT OF CUSP WITH SAID NORTHEASTERLY LINE OF COLINA FUERTE; THENCE ALONG SAID LINE SOUTH 46°00'00" EAST, 50.79 FEET TO THE BEGINNING OF A TANGENT 420.00 FOOT RADIUS CURVE CONCAVE SOUTHWESTERLY; THENCE ALONG THE ARC OF SAID CURVE 10.02 FEET THROUGH A CENTRAL ANGLE OF 1°22'02" TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN THE HEREIN ABOVE DESCRIBED PARCEL 1.

Being the same property as conveyed from COLINA FUERTE PARTNERS, A CALIFORNIA LIMITED PARTNERSHIP to GERALD L. BECKWITH, TRUSTEE OF THE GERALD L. BECKWITH TRUST DATED OCTOBER 5, 1999 as described in Grant Deed, Dated 08/07/2000, Recorded 09/06/2000, in Official Records Document No. 2000-0478209.

APN: 265-090-31-00

4

WEST\276569593.1
331121-155811

# EXHIBIT 3
# 2019 QUITCLAIM DEED

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENT TO:

Timothy J. Grant, Esq.
Fredrickson, Mazeika & Grant, LLP
5720 Oberlin Drive
San Diego, CA 92121

DOC# 2019-0053232

Feb 14, 2019  09:50 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $98.00  (SB2 Atkins: $75.00)
PCOR: YES
PAGES: 4

TITLE ORDER NO.                    ESCROW NO.                    SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

APN: 265-090-31-00

## QUITCLAIM DEED

THE UNDERSIGNED GRANTOR DECLARES

DOCUMENTARY TRANSFER TAX is $ 0  gift
  ☐ Computed on full value of property conveyed, or
  X Computed on full value less value of liens or encumbrances remaining at time of sale,
  X Unincorporated area
  ☐ City of San Diego, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

LESLIE L. BARONE, as Joint Tenant, hereby REMISES, RELEASES, AND QUITCLAIMS to FRANK R. FIORITO, an individual, all of her right, title, and interest in the following described real property in the County of San Diego, State of California:

That certain real property described on Exhibit "A" attached hereto and incorporated by reference.

(Said property is commonly known as 18395 Colina Fuerte, Rancho Santa Fe, CA 92067.)

DATE: February 13, 2019          *Leslie L. Barone* (signature)
                                  LESLIE L. BARONE

MAIL TAX STATEMENTS TO: Gerald L. Beckwith, PO Box 1969, Rancho Santa Fe, CA 92067

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not to the truthfulness, accuracy, or validity of that document.

State of California }
County of San Diego }

notary Public,
A

On February 13, 2019, before me, KATHY COSTANTINO, personally appeared LESLIE L. BARONE, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument is the person or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*KCostantin*

Notary Public Signature

[Notary Seal: KATHY COSTANTINO, COMM. # 2208727, NOTARY PUBLIC-CALIFORNIA, SAN DIEGO COUNTY, MY COMM. EXP. JULY 23, 2021]

(Notary Public Seal)

Exhibit "A"
Legal Description

8515

All that certain parcel of land situated in County of SAN DIEGO, State of California, being known and designated as follows:

PARCEL 1:

THOSE PORTIONS OF LOTS 5 AND 6 OF COUNTY OF SAN DIEGO TRACT NO. 4469, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 12482, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, OCTOBER 26, 1989, BEING DESCRIBED AS PARCEL "E" IN CERTIFICATE OF COMPLIANCE RECORDED ON MARCH 21, 1997 AS FILE NO. 1997-0127441 OF OFFICIAL RECORDS OF SAID SAN DIEGO COUNTY AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHERLY CORNER OF SAID LOT 5, FROM WHICH POINT THE CENTERLINE OF COLINA FUERTE (FORMERLY KNOWN AS CALLE LAS DOS HERMANITAS) AS DELINEATED ON SAID MAP BEARS SOUTH 19°00'00" EAST; THENCE NORTH 18°31'36" WEST, 104.36 FEET; THENCE NORTH 46°12'03" WEST, 71.12 FEET; THENCE NORTH 72°40'15" WEST, 76.89 FEET; THENCE NORTH 55°51'04" WEST, 223.90 FEET TO THE NORTHWESTERLY LINE OF SAID LOT 6; THENCE ALONG THE NORTHWESTERLY LINE OF SAID LOTS 6 AND 5 NORTH 17°59'17" EAST (RECORD NORTH 17°59'42" EAST), 278.37 FEET TO THE MOST NORTHERLY CORNER OF SAID LOT 5; THENCE ALONG THE NORTHEASTERLY LINE THEREOF SOUTH 65°00'17" EAST, 569.92 (RECORD SOUTH 65°04'31" EAST, 570.00 FEET) TO THE MOST EASTERLY CORNER OF SAID LOT 5; THENCE ALONG THE SOUTHEASTERLY LINE THEREOF SOUTH 38°57'32" WEST, 412.43 FEET (RECORD SOUTH 38°59'53" WEST, 413.08 FEET) TO THE POINT OF BEGINNING. AS DESCRIBED IN PARCEL "E" OF CERTIFICATE OF COMPLIANCE RECORDED MARCH 21, 1997 AS FILE NO.1997-0127441 OF OFFICIAL RECORDS.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT AND RIGHT OF WAY FOR INGRESS AND EGRESS, ROAD AND UTILITY PURPOSES, OVER, UNDER, ALONG AND ACROSS COLINA FUERTE (FORMERLY KNOWN AS CALLE LAS DOS HERMANITAS) AS DELINEATED AND DESIGNATED AS "PROPOSED 40' PRIVATE ROAD AND UTILITY EASEMENT" ON SAID MAP NO. 12482 TOGETHER WITH THOSE PORTIONS OF LOTS 1, 2 AND 3 OF SAID MAP NO. 12482 DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT 1, BEING A POINT ON THE NORTHERLY RIGHT OF WAY LINE OF EL CAMINO DEL NORTE AS DEDICATED ON SAID MAP NO. 12482, BEING ALSO A POINT ON THE ARC OF A 630.00 FOOT RADIUS CURVE CONCAVE SOUTHERLY, A RADIAL LINE THROUGH SAID POINT BEARS NORTH 8°05'12" EAST (RECORD NORTH 8°05'38" EAST); THENCE WESTERLY ALONG THE ARC OF SAID CURVE 83.06 FEET THROUGH A CENTRAL ANGLE OF 7°33'13" (RECORD 83.14 FEET) TO THE SOUTHWESTERLY CORNER OF SAID LOT 1, SAID POINT BEING THE BEGINNING OF A NON-TANGENT 400.00 FOOT RADIUS CURVE CONCAVE WESTERLY, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 89°53'18" EAST; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LOTS 1 AND 2 AND ALONG THE ARC OF SAID CURVE 311.13 FEET THROUGH A CENTRAL ANGLE OF 44°33'57"; THENCE NORTH 41°48'09" EAST, 20.04 FEET TO THE NORTHEASTERLY LINE OF SAID

## Exhibit "A"
## Legal Description

8516

COLINA FUERTE, SAID POINT BEING THE TRUE POINT OF BEGINNING, SAID POINT ALSO BEING ON THE ARC OF A 420.00 FOOT RADIUS CURVE CONCAVE SOUTHWESTERLY, A RADIAL LINE THROUGH SAID POINT BEARS NORTH 45°22'02" EAST, THENCE SOUTHEASTERLY ALONG THE ARC OF SAID CURVE 17.97 FEET THROUGH A CENTRAL ANGLE OF 2°27'04" TO A POINT OF CUSP WITH A 20.00 FOOT RADIUS CURVE CONCAVE EASTERLY, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 47°49'06" WEST, THENCE NORTHERLY ALONG THE ARC OF SAID CURVE 29.32 FEET THROUGH A CENTRAL ANGLE OF 83°59'03"; THENCE NORTH 41°46'09" EAST, 38.50 FEET TO THE BEGINNING OF A TANGENT 380.00 FOOT RADIUS CURVE CONCAVE SOUTHEASTERLY; THENCE ALONG THE ARC OF SAID CURVE 172.44 FEET THROUGH A CENTRAL ANGLE OF 26°00'00"; THENCE NORTH 67°48'09" EAST, 56.49 FEET TO THE BEGINNING OF A TANGENT 820.00 FOOT RADIUS CURVE CONCAVE SOUTHERLY; THENCE ALONG THE ARC OF SAID CURVE 58.57 THROUGH A CENTRAL ANGLE OF 4°05'33"; THENCE RADIALLY TO SAID CURVE NORTH 18°06'18" WEST, 40.00 FEET TO THE BEGINNING OF A NON-TANGENT 860.00 FOOT RADIUS CURVE CONCAVE SOUTHEASTERLY, A RADIAL LINE THROUGH SAID POINT BEARS NORTH 18°06'18" WEST, THENCE SOUTHWESTERLY ALONG THE ARC OF SAID CURVE 40.91 FEET THROUGH A CENTRAL ANGLE OF 2°43'33" TO THE BEGINNING OF A NON-TANGENT 380.00 FOOT RADIUS CURVE CONCAVE NORTHEASTERLY, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 70°46'57" WEST, THENCE NORTHWESTERLY ALONG THE ARC OF SAID CURVE 37.24 FEET THROUGH A CENTRAL ANGLE OF 5°36'52"; THENCE RADIALLY TO SAID CURVE SOUTH 76°23'49" WEST, 40.00 FEET TO THE BEGINNING OF A NON-TANGENT 420.00 FOOT RADIUS CURVE CONCAVE NORTHEASTERLY, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 76°23'49" WEST, THENCE SOUTHWESTERLY ALONG THE ARC OF SAID CURVE 42.99 FEET THROUGH A CENTRAL ANGLE OF 5°51'54"; THENCE SOUTH 67°48'09" WEST, 36.96 FEET TO THE BEGINNING OF A TANGENT 420.00 FOOT RADIUS CURVE CONCAVE SOUTHEASTERLY; THENCE ALONG THE ARC OF SAID CURVE 190.59 FEET THROUGH A CENTRAL ANGLE OF 26°00'00"; THENCE SOUTH 41°48'09" WEST, 34.45 FEET TO THE BEGINNING OF A TANGENT 20.00 FOOT RADIUS CURVE CONCAVE NORTHERLY; THENCE ALONG THE ARC OF SAID CURVE 32.18 FEET THROUGH A CENTRAL ANGLE OF 92°11'51" TO A POINT OF CUSP WITH SAID NORTHEASTERLY LINE OF COLINA FUERTE; THENCE ALONG SAID LINE SOUTH 46°00'00" EAST, 50.79 FEET TO THE BEGINNING OF A TANGENT 420.00 FOOT RADIUS CURVE CONCAVE SOUTHWESTERLY; THENCE ALONG THE ARC OF SAID CURVE 10.02 FEET THROUGH A CENTRAL ANGLE OF 1°22'02" TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN THE HEREIN ABOVE DESCRIBED PARCEL 1.

Being the same property as conveyed from COLINA FUERTE PARTNERS, A CALIFORNIA LIMITED PARTNERSHIP to GERALD L. BECKWITH, TRUSTEE OF THE GERALD L. BECKWITH TRUST DATED OCTOBER 5, 1999 as described in Grant Deed, Dated 08/07/2000, Recorded 09/06/2000, in Official Records Document No. 2000-0478209.

Tax ID: 265-090-31