# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | TIMOTHY JOSEPH GRANT | | |
| **Case Number:** | 20-01895-LT7 | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, JULY 02, 2020 10:00 AM   DEPARTMENT 3 | | |
| **Bankruptcy Judge:** | LAURA S. TAYLOR | | |
| **Courtroom Clerk:** | RUSSELL PALUSO | | |
| **Reporter / ECR:** | SUE ROSS | | |

### *Matter:*

MOTION FOR RELIEF FROM STAY, RS # PB-1  FILED ON BEHALF OF GERALD L. BECKWITH, TRUSTEE OF THE GERALD L. BECKWITH TRUST DATED OCTOBER 5, 1999

### *Appearances:*

WILLIAM P. FENNELL, ATTORNEY FOR TIMOTHY JOSEPH GRANT (video)
MATTHEW SMITH, ATTORNEY FOR TIMOTHY JOSEPH GRANT (video)
TIMOTHY JOSEPH GRANT, PRESENT (telephonically)
PHILIP BURKHARDT, ATTORNEY FOR GERALD L. BECKWITH (video)

### *Disposition:*

Continued to 1/14/21 at 10:00 a.m. as to status as set forth on the record.

Granted, broad stay conditioned to allow the matter to be tried in State Court pursuant to the Court's Tentative Ruling and as set forth on the record.

Parties to file a status report by 1/7/21 as set forth on the record.

Stipulated Order to be submitted by Mr. Fennell.