NTF
Rev. 12/15

# United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Timothy Joseph Grant**
3952 Clairemont Mesa Blvd. #D155
San Diego, CA 92117
xxx–xx–9748
*No Known Aliases*

Case number: 20–01895–LT7
Chapter: 7
Judge  Laura S. Taylor

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **27** and/or Claim Number     filed on: **6/26/20**     Title of Document: **Motion for Relief from Stay, RS # TJS–1**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**Service was not completed on:**

☐ Debtor        ☐ Attorney        ☐ Trustee        ☐ U.S. Trustee

**ACTION TAKEN BY COURT**
☑ Atty/Debtor/Movant contacted on **7/6/20**        via ☐ Tel/Voice Mail     ☑ Email     ☐ Mail or Other

**ACTION REQUIRED BY FILER**
**Amended document MUST BE FILED and RE–SERVED if applicable**

**OTHER: Enter reason for POC here**   **The motion for relief is incomplete. Page 2 of the pleading was not filed.**

Dated: 7/6/20

Michael Williams
Clerk of the Bankruptcy Court